UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SHOE SENSATION, INC.,

        Plaintiff

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

        Defendant.

Case No.: 4:24-cv-00018-TWP-KMB

**Order of Dismissal with Prejudice**

Pursuant to the Stipulation of the parties, this matter is dismissed with prejudice, with each side to bears its own fees and costs. Dkt. [67].

SO ORDERED.

Date: 3/27/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana